
AMENDED

FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2006

**SELF INITIATED AMENDMENT**
*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| AO 10 Rev. 1/2007 |
|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R | U.S. D. C., EDNY | 6/12/07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT, E.D.N.Y. 225 CADMAN PLAZA EAST, 915 S BROOKLYN, NY 11201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1 - 1/31 | Partner in law firm |
| 2. 2/1-12/31 | Partner in different law firm |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hudson Valley Bank | Mortgage on investment property in Westchester County, NY | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | none | | J | W | | | | | |
| 2. IRA #1 | E | Dividend | O | T | | | | | |
| 3. -Time Warner | | | | | | | | | |
| 4. -Cisco Systems Inc. | | | | | | | | | |
| 5. -Dreyfus Liquid Assets | | | | | | | | | |
| 6. -Ericsson | | | | | | | | | |
| 7. -General Electric | | | | | | | | | |
| 8. -American Express | | | | | | | | | |
| 9. -Citigroup | | | | | | | | | |
| 10. -Comcast | | | | | | | | | |
| 11. -Intel | | | | | buy | 1-20 | J | | |
| 12. -Microsoft | | | | | | | | | |
| 13. -Semitool | | | | | sell | 5-9 | J | | none |
| 14. -Wal-Mart | | | | | sell | 6-2 | J | | none |
| 15. -John Hancock Bank Fund | | | | | | | | | |
| 16. -Viacom | | | | | | | | | |
| 17. -CBC Corp | | | | | exchange | 1-4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -CBS Corp. | | | | | sell | 5-9 | J | none | |
| 19. -Encana Corp. | | | | | | | | | |
| 20. -Enterprise Prods Partners | | | | | | | | | |
| 21. -G Tech Holdings | | | | | sell | 6-16 | J | B | |
| 22. -Managed High Yield Plus Fund | | | | | | | | | |
| 23. -Provident Energy Trust | | | | | sell | 5-3 | J | B | partial sale |
| 24. -Putnam Premier Income Trust | | | | | | | | | |
| 25. -WMS Industries | | | | | sell | 5-9 | J | B | |
| 26. -Enerplus Resources | | | | | | | | | |
| 27. -Forest Laboratories | | | | | sell | 5-8 | J | none | |
| 28. -Depomed Inc. | | | | | | | | | |
| 29. -ishares Nasdaq Biotechnology Fund | | | | | sell | 12-26 | J | none | |
| 30. -Seaspan Corp. | | | | | | | | | |
| 31. -Genesis Energy | | | | | sell | 8-3 | J | C | |
| 32. -Allied Waste Industries | | | | | sell | 5-23 | J | B | |
| 33. -Capital Source Inc. | | | | | sell | 4-25 | K | B | |
| 34. -B&G Foods | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -International Bancshares | | | | | | | | | |
| 36.    -Black Rock Global Energy & Resources Trust | | | | | | | | | |
| 37.    -Sun Healthcare Group | | | | | | | | | |
| 38.    -Kayne Anderson MLP Invt. Co. | | | | | | | | | |
| 39.    -Anglo American PLC | | | | | sell | 3-7 | K | B | |
| 40.    -Coca-Cola | | | | | sell | 4-11 | J | A | |
| 41.    -McData Corp. | | | | | sell | 4-25 | J | none | See Part VIII |
| 42.    -Medtronic Inc. | | | | | sell | 3-17 | J | A | See Part VIII |
| 43.    -Mitsubishi UFJ Financial Group | | | | | buy | 3-9 | J | | |
| 44.    -Mitsubishi UFJ Financial Group | | | | | sell | 11-13 | J | none | |
| 45.    -Archer-Daniels Midland Co. | | | | | buy | 1-12 | K | | |
| 46.    -Archer-Daniels-Midland Co. | | | | | sell | 5-3 | J | B | partial sale |
| 47.    -Archer-Daniels-Midland Co. | | | | | sell | 9-5 | K | D | |
| 48.    -Pentair Inc. | | | | | buy | 1-25 | J | | |
| 49.    -Pentair Inc. | | | | | sell | 7-3 | J | none | |
| 50.    -China Fund | | | | | buy | 4-11 | K | | |
| 51.    -Yahoo Inc. | | | | | buy | 3-1 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Est    Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    -Yahoo Inc. | | | | | buy | 9-19 | J | | |
| 53.    --Hershey Company | | | | | buy | 5-8 | K | | |
| 54.    -Nabors Industries | | | | | buy | 2-22 | K | | |
| 55.    -Nabors Industries | | | | | buy | 12-13 | J | | |
| 56.    -BHP Billiton Ltd. | | | | | buy | 1-10 | K | | |
| 57.    -Boardwalk Pipeline Partners | | | | | buy | 6-16 | J | | |
| 58.    -Broadcam Corp. | | | | | buy | 1-10 | J | | |
| 59.    -Deerfield Triarc Capital Corp. | | | | | buy | 10-31 | J | | |
| 60.    -General Motors Corp. | | | | | buy | 4-5 | J | | |
| 61.    -Healthspring Inc. | | | | | buy | 10-6 | J | | |
| 62.    -Federated Department Stores | | | | | buy | 4-7 | K | | |
| 63.    -L-1 Identity Solutions Inc. | | | | | buy | 1-13 | J | | |
| 64.    -L-1 Identity Solutions Inc. | | | | | buy | 6-16 | J | | |
| 65.    -Procter & Gamble Co. | | | | | buy | 4-25 | K | | |
| 66.    -Procter & Gamble Co. | | | | | buy | 8-10 | J | | |
| 67.    -New York Community Bancorp | | | | | buy | 4-26 | K | | |
| 68.    -Rait Financial Trust | | | | | buy | 6-21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schering Plough Corp. | | | | | buy | 1-27 | K | | |
| 70. -Schering Plough Corp. | | | | | buy | 2-6 | J | | |
| 71. -Schering Plough Corp. | | | | | sell | 5-3 | J | none | Partial Sale |
| 72. -RMR Real Estate Fund | | | | | buy | 10-17 | K | | |
| 73. -Eaton ~~Vace~~ VANCE Limited Duration Income Fund | | | | | buy | 4-25 | J | | |
| 74. -Genentech | | | | | sell | 1-9 | K | B | See Part VIII |
| 75. -Emeritus Corp. | | | | | sell | 3-23 | K | D | See Part VIII |
| 76. -IRA # 2 | A | div. and int. | K | T | | | | | |
| 77. -Saving Acct. at Citibank | | | | | | | | | |
| 78. -Kaiser Group Int'l | | | | | | | | | |
| 79. -Provident Energy Trust | | | | | | | | | |
| 80. -John Hancock Bank Fund | | | | | | | | | |
| 81. -Tennesee Valley Authority Strips | | | | | | | | | |
| 82. Trust # 2 | A | Dividend | K | U | | | | | |
| 83. -Dodge Cox Stock Fund | | | | | | | | | |
| 84. Trust # 3 | | | | | | | | | |
| 85. -T.Rowe Price Short-Term Bond Fund | | | | | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 87.   -T. Rowe Price Value Fund | | | | | redeem | 12-4-03 | M | D | See Part VIII |
| 88.   -T. Rowe Price Developing Technologies Fund | | | | | | | | | - |
| 89.   -T. Rowe Price Capital Opportunity Fund | | | | | | | | | |
| 90.   Citibank Accouonts | | | | | | | L | | |
| 91.   BNP Paribas DJ Stoxx 50 Structured Note | | | N | T | buy | 7-7 | M | none | |
| 92.   Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | K | U | redeem | 1-4 | M | | Partial redemption |
| 93.   Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 2-8 | O | | |
| 94.   Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 4-10 | L | none | Partial redemption |
| 95.   Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 9-7 | K | | |
| 96.   Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 9-20 | K | | |
| 97.   Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 9-22 | N | none | Partial redemption |
| 98.   Walt Disney Co. | A | Dividend | J | T | | | | | |
| 99.   Vanguard Tax-Exempt Money Market Fund | | | K | U | buy | 1-4 | M | | |
| 100.   Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 2-8 | O | none | Partial redemption |
| 101.   Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 2-23 | L | none | Partial redemption |
| 102.   Vanguard Tax-Exempt Money Market Fund | | | | | buy | 3-6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-10 | M | none | Partial redemption |
| 104. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 4-18 | M | | |
| 105. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 6-22 | K | none | Partial redemption |
| 106. Vanguard Tax-Exempt Money Market Fund | | | | | sell | 7-7 | L | none | |
| 107. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 8-3 | M | | |
| 108. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 9-22 | N | | |
| 109. Vanguard Tax-Exempt Money Market Fund | | | | | sell | 9-26 | N | none | |
| 110. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 10-5 | K | | |
| 111. Smith Barney Municipal NY Money Market Fund | A | Dividend | J | U | redeem | 1-20 | J | none | Partial redemption |
| 112. Smith Barney Municipal NY Money Market Fund | | | | | buy | 1-23 | K | | |
| 113. Smith Barney Muncipal NY Money Market Fund | | | | | redeem | 4-21 | J | none | Partial redemption |
| 114. Smith Barney Municipal NY Money Market Fund | | | | | redeem | 7-21 | J | none | Partial redemption |
| 115. Smith Barney Municipal NY Money Market Fund | | | | | redeem | 10-20 | J | none | Partial redemption |
| 116. T. Rowe Price Uniform Gift to Minor Account | D | Dividend | M | U | | | | | |
| 117. -T. Rowe Price Growth Stock Fund | | | | | redeem | 3-28 | J | A | Partial redemption |
| 118. _T. Rowe Price International Discovery Fund | | | | | | | | | |
| 119. -T. Rowe Price Japan Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -T. Rowe Price Small Cap Fund | | | | | | | | | |
| 121. Trust # 3 | A | Dividend | K | U | | | | | |
| 122. -Aggressive Growth Portfolio | | | | | redeem | 7-18 | K | B | Partial redemption |
| 123. -Aggressive Growth Portfolio | | | | | redeem | 11-8 | K | B | Partial redemption |
| 124. Trust # 4 | B | Dividend | K | U | | | | | |
| 125. Goldman Sach High Yield Fund | | | | | buy | 3-7 | K | | |
| 126. Bernstein Global Diversified Strategies L.P. | C | Dividend | O | T | buy | 9-29 | N | | |
| 127. Bernstein Global Diversified Strategies L.P. | C | Interest | | | | | | | |
| 128. Bernstein New York Municipal Portfolio | D | Dividend | N | U | buy | 1-20 | J | | |
| 129. Bernstein New York Municipal Portfolio | | | | | buy | 9-20 | K | | |
| 130. BP PLC | A | Dividend | K | T | sell | 4-21 | J | C | Partial sale |
| 131. BP PLC | | | | | buy | 11-22 | J | C | |
| 132. Bernstein Tax-Managed International Portfolio | D | Dividend | O | U | buy | 1-20 | K | | |
| 133. Bernstein Tax-Managed International Portfolio | | | | | buy | 9-20 | J | | |
| 134. Bernstein Tax-Managed International Portfolio | | | | | buy | 12-12 | L | | |
| 135. Supervalu | A | Dividend | | | sell | 1-5 | J | B | Partial sale |
| 136. Supervalu | | | | | sell | 1-18 | J | B | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Supervalu | | | | | sell | 7-26 | J | B | |
| 138. Altria Group | A | Dividend | K | T | buy | 6-26 | J | | |
| 139. Altria Group | | | | | buy | 10-10 | J | | |
| 140. Cash Balance at Sanford C. Bernstein & co | B | Interest | K | T | | | | | |
| 141. General American Investors | A | Dividend | J | T | | | | | |
| 142. Arrow Electronics | none | | | | sell | 3-1 | J | B | Partial sale |
| 143. Arrow Electronics | | | | | sell | 3-13 | J | B | |
| 144. Tech Data Corp. | none | | J | T | | | | | |
| 145. Hewlett Packard | A | Dividend | J | T | sell | 3-13 | J | B | Partial sale |
| 146. Hewlett Packard | | | | | sell | 7-24 | J | B | Partial sale |
| 147. Hewlett Packard | | | | | sell | 8-18 | J | B | Partial sale |
| 148. Hewlett Packard | | | | | buy | 10-6 | J | | |
| 149. Wachovia | A | Dividend | J | T | sell | 6-19 | J | A | Partial sale |
| 150. Wachovia | | | | | sell | 11-15 | J | C | Partial sale |
| 151. American International Group | A | Dividend | L | T | buy | 1-20 | J | | |
| 152. American International Group | | | | | buy | 5-12 | J | | |
| 153. American International Group | | | | | buy | 9-1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American International Group | | | | | buy | 9-14 | J | | |
| 155. American International Group | | | | | buy | 10-26 | J | | |
| 156. American International Group | | | | | buy | 11-2 | J | | |
| 157. American International Group | | | | | buy | 11-6 | J | | |
| 158. Amgen | none | | | | sell | 5-25 | J | B | Partial sale |
| 159. Amgen | | | | | sell | 6-13 | J | A | Partial sale |
| 160. Amgen | | | | | buy | 8-8 | J | | |
| 161. Amgen | | | | | sell | 10-18 | J | B | Partial sale |
| 162. Citigroup | B | Dividend | K | T | buy | 9-20 | J | | |
| 163. Goldman Sachs | A | Dividend | K | T | sell | 5-23 | J | C | Partial sale |
| 164. Goldman Sachs | | | | | buy | 9-20 | J | | |
| 165. Intel Corp. | A | Dividend | | | sell | 6-9 | J | none | |
| 166. Burlington Northern Santa Fe | A | Dividend | | | sell | 1-3 | J | D | |
| 167. Lowes | A | Dividend | | | sell | 8-3 | J | B | Partial sale |
| 168. Lowes | | | | | sell | 9-6 | J | A | Partial sale |
| 169. Lowes | | | | | sell | 10-2 | J | B | Partial sale |
| 170. Lowes | | | | | sell | 11-2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Microsoft | A | Dividend | L | T | buy | 2-16 | J | | |
| 172. Microsoft | | | | | buy | 4-12 | J | | |
| 173. Microsoft | | | | | sell | 5-24 | J | none | Partial sale |
| 174. Microsoft | | | | | sell | 6-22 | J | | |
| 175. Microsoft | | | | | buy | 7-27 | J | | |
| 176. Procter & Gamble | A | Dividend | K | T | buy | 1-20 | J | | |
| 177. Procter & Gamble | | | | | buy | 2-22 | J | | |
| 178. Procter & Gamble | | | | | buy | 9-27 | J | | |
| 179. Walgreen | A | Dividend | | | sell | 9-27 | J | A | Partial sale |
| 180. Walgreen | | | | | sell | 10-23 | J | none | |
| 181. Cooper Industries | A | Dividend | J | T | sell | 8-3 | J | C | Partial sale |
| 182. Chubb | A | Dividend | J | T | sell | 1-9 | J | B | Partial sale |
| 183. Corning | none | | K | T | | | | | |
| 184. Metlife | A | Dividend | J | T | | | | | |
| 185. Tellabs Inc. | none | | | | sell | 3-1 | J | B | Partial sale |
| 186. Tellabs Inc. | | | | | sell | 10-27 | J | A | |
| 187. Sprint Nextel | A | Dividend | J | T | buy | 10-9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Freddie Mac | A | Dividend | K | T | buy | 1-20 | J | | |
| 189. Freddie Mac | | | | | buy | 5-26 | J | | |
| 190. Freddie Mac | | | | | buy | 7-5 | | | |
| 191. Fannie Mae | A | Dividend | K | T | | | | | |
| 192. Ebay | none | | | | sell | 5-24 | J | none | Partial sale |
| 193. Ebay | | | | | sell | 7-12 | J | none | Partial sale |
| 194. Ebay | | | | | sell | 8-22 | J | none | |
| 195. CSX | A | Dividend | J | T | buy | 5-10 | J | | |
| 196. CSX | | | | | sell | 7-26 | J | B | Partial sale |
| 197. CSX | | | | | sell | 8-22 | J | none | Partial sale |
| 198. CSX | | | | | sell | 9-12 | J | B | Partial sale |
| 199. Flextronics | none | | J | T | | | | | |
| 200. Magna International | A | Dividend | | | sell | 5-24 | J | none | |
| 201. Partnerre Ltd. | A | Dividend | J | T | | | | | |
| 202. Pepsico | A | Dividend | J | T | buy | 10-12 | J | | |
| 203. Safeway | A | Dividend | J | T | | | | | |
| 204. Boeing | A | Dividend | L | T | buy | 1-20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Boeing | | | | | buy | 2-22 | J | | |
| 206.  Boeing | | | | | buy | 6-26 | J | | |
| 207.  Boeing | | | | | buy | 8-24 | J | | |
| 208.  Boeing | | | | | buy | 9-20 | J | | |
| 209.  Boeing | | | | | buy | 9-29 | J | | |
| 210.  Boeing | | | | | buy | 10-6 | J | | |
| 211.  Electronic Arts | none | | | | sell | 1-19 | J | B | Partial sale |
| 212.  Electronic Arts | | | | | sell | 4-7 | J | B | |
| 213.  Borg Warner | A | Dividend | J | T | | | | | |
| 214.  Chevron Corp. | A | Dividend | K | T | buy | 7-12 | J | | Formerly Chevron Texaco |
| 215.  Chevron Corp. | | | | | buy | 7-26 | J | | |
| 216.  Chevron Corp. | | | | | buy | 8-2 | J | | |
| 217.  Jones Apparel | A | Dividend | | | sell | 10-24 | J | none | |
| 218.  J.P. Morgan Chase | A | Dividend | K | T | buy | 1-19 | J | | |
| 219.  J.P. Morgan Chase | | | | | buy | 4-7 | J | | |
| 220.  J.P. Morgan Chase | | | | | buy | 5-26 | J | | |
| 221.  J.P. Morgan Chase | | | | | buy | 9-20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Martin Marietta Materials | none | | | | sell | 1-4 | J | B | |
| 223. McDonalds | A | Dividend | K | T | buy | 2-16 | J | | |
| 224. McDonalds | | | | | buy | 7-31 | J | | |
| 225. McDonalds | | | | | buy | 9-20 | J | | |
| 226. McDonalds | | | | | buy | 11-2 | J | | |
| 227. Medeco Health Solutions | none | | | | buy | 2-22 | J | | |
| 228. Medeco Health Solutions | | | | | sell | 4-3 | J | C | Partial sale |
| 229. Medeco Health Solutions | | | | | buy | 9-20 | J | | |
| 230. Medeco Health Solutions | | | | | sell | 12-11 | J | none | |
| 231. Merck | A | Dividend | J | T | buy | 1-11 | J | | |
| 232. Merck | | | | | sell | 5-9 | J | A | Partial sale |
| 233. Merrill Lynch | A | Dividend | K | T | buy | 5-15 | J | | |
| 234. Merrill Lynch | | | | | buy | 8-24 | J | | |
| 235. Merrill Lynch | | | | | buy | 9-20 | J | | |
| 236. Merrill Lynch | | | | | buy | 11-8 | J | | |
| 237. Noble Corp. | A | Dividend | | | sell | 7-25 | J | B | |
| 238. Solectron | none | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Target | A | Dividend | K | T | sell | 8-22 | J | none | Partial sale |
| 240. Unilever | none | | | | sell | 5-11 | J | A | |
| 241. SunTrust Banks | A | Dividend | J | T | | | | | See Part VIII |
| 242. XL Capital | A | Dividend | J | T | | | | | |
| 243. Alcon | A | Dividend | K | T | buy | 5-24 | J | | |
| 244. Alcon | | | | | buy | 7-26 | J | | |
| 245. Alcon | | | | | buy | 9-27 | J | | |
| 246. Broadcom | none | | K | T | buy | 1-20 | J | | |
| 247. Caremark RX | A | Dividend | | | buy | 6-16 | J | | |
| 248. Caremark RX | | | | | buy | 7-18 | J | | |
| 249. Caremark RX | | | | | buy | 9-20 | J | | |
| 250. Caremark RX | | | | | sell | 11-7 | J | none | Partial sale |
| 251. Caremark RX | | | | | sell | 11-16 | J | B | Partial sale |
| 252. Caremark RX | | | | | sell | 11-27 | J | B | |
| 253. Carnival Corp. | none | | | | sell | 2-15 | J | none | |
| 254. E.W. Scripps | A | Dividend | | | sell | 3-31 | J | none | |
| 255. Google | none | | K | T | sell | 1-9 | J | D | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Google | | | | | buy | 2-16 | J | | |
| 257. Goggle | | | | | sell | 3-29 | J | B | Partial sale |
| 258. Goggle | | | | | sell | 4-3 | J | B | Partial sale |
| 259. Goggle | | | | | buy | 8-9 | J | | |
| 260. Goggle | | | | | buy | 9-25 | J | | |
| 261. Goggle | | | | | sell | 10-27 | J | B | Partial sale |
| 262. Nabors Industries | none | | | | sell | 5-24 | J | B | Partial sale |
| 263. Nabors Industries | | | | | sell | 10-20 | J | A | Partial sale |
| 264. Nabors Industries | | | | | sell | 11-13 | J | B | |
| 265. Qualcomm | A | Dividend | K | T | sell | 3-31 | J | A | Partial sale |
| 266. Qualcomm | | | | | sell | 5-24 | J | A | Partial sale |
| 267. Qualcomm | | | | | buy | 8-9 | J | | |
| 268. Qualcomm | | | | | buy | 9-20 | J | | |
| 269. Qualcomm | | | | | sell | 11-22 | J | none | Partial sale |
| 270. Qualcomm | | | | | sell | 12-28 | J | none | Partial sale |
| 271. St. Jude Medical | none | | | | sell | 4-5 | J | none | |
| 272. Starbucks | | | | | sell | 6-22 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Teva Pharmaceutical | A | Dividend | J | T | buy | 1-20 | J | | |
| 274. Teva Pharmaceutical | | | | | buy | 9-27 | J | | |
| 275. Teva Pharmaceutical | | | | | sell | 11-22 | J | none | Partial sale |
| 276. Teva Pharmaceutical | | | | | sell | 11-22 | J | none | Partial sale |
| 277. Clorox | A | Dividend | J | T | sell | 9-27 | J | A | Partial sale |
| 278. Clorox | | | | | sell | 10-6 | J | A | Partial sale |
| 279. Bank of America | B | Dividend | K | T | buy | 9-20 | J | | |
| 280. Juniper Networks | none | | | | sell | 9-8 | J | none | Partial sale |
| 281. Juniper Networks | | | | | sell | 10-18 | J | | |
| 282. Conoco Phillips | A | Dividend | K | T | sell | 1-19 | J | C | |
| 283. Conoco Phillips | | | | | buy | 11-16 | J | | |
| 284. Conoco Phillips | | | | | buy | 12-8 | J | | |
| 285. Dunham Road LLC | none | | L | W | | | | | |
| 286. Eli Lilly | A | Dividend | | | buy | 3-3 | J | | |
| 287. Eli Lilly | | | | | sell | 10-6 | J | A | Partial sale |
| 288. Eli Lilly | | | | | buy | 11-29 | J | | |
| 289. Eli Lilly | | | | | sell | 12-22 | J | none | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Exxon Mobil | A | Dividend | K | T | buy | 1-19 | J | | |
| 291. Exxon Mobil | | | | | buy | 2-21 | J | | |
| 292. Exxon Mobil | | | | | sell | 9-15 | J | A | Partial sale |
| 293. Exxon Mobil | | | | | sell | 12-6 | J | A | Partial sale |
| 294. Ensco International | A | Dividend | | | sell | 11-8 | J | B | Partial sale |
| 295. Ensco International | | | | | sell | 11-9 | J | A | |
| 296. Global Santa Fe | A | Dividend | J | T | buy | 2-16 | J | | |
| 297. Global Santa Fe | | | | | buy | 8-24 | J | | |
| 298. Global Santa Fe | | | | | sell | 11-14 | J | B | Partial sale |
| 299. HCA | A | Dividend | | | sell | 7-5 | J | A | |
| 300. Hubbell | A | Dividend | | | sell | 6-26 | J | none | |
| 301. Interpublic | none | | J | T | | | | | |
| 302. Bernstein Emerging Markets Portfolio | B | Dividend | M | U | buy | 12-12 | K | | |
| 303. Occidental | A | Dividend | | | sell | 1-20 | J | | |
| 304. Hartford Financial Services | A | Dividend | J | T | | | | | |
| 305. Genworth Financial | A | Dividend | J | T | buy | 9-5 | J | D | |
| 306. Office Depot | none | | J | T | sell | 10-4 | J | A | Partial sale |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
P4 =More than $50,000,000
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Renaissance Holdings | A | Dividend | J | T | | | | | |
| 308. Sanmina-SCI | none | | J | T | | | | | |
| 309. Vulcan Materials | none | | | | sell | 2-16 | J | B | |
| 310. Wisconsin Energy | A | Dividend | J | T | | | | | |
| 311. Ace Ltd. | A | Dividend | | | sell | 6-20 | J | none | |
| 312. Aflac | A | Dividend | | | sell | 7-25 | J | A | |
| 313. Aflac | | | | | buy | 2-28 | J | | |
| 314. Apple Computer | none | | K | T | sell | 2-16 | J | D | Partial sale |
| 315. Apple Computer | | | | | buy | 4-12 | J | | |
| 316. Apple Computer | | | | | buy | 5-26 | J | | |
| 317. Apple Computer | | | | | buy | 6-26 | J | | |
| 318. Apple Computer | | | | | buy | 9-20 | J | | |
| 319. Apple Computer | | | | | sell | 10-27 | J | C | Partial sale |
| 320. Apple Computer | | | | | sell | 11-30 | J | C | Partial sale |
| 321. Franklin Resources | A | Dividend | K | T | buy | 1-20 | J | | |
| 322. Franklin Resources | | | | | buy | 9-27 | J | | |
| 323. Genentech | none | | K | T | buy | 1-20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Genentech | | | | | buy | 9-20 | J | | |
| 325. Genentech | | | | | sell | 11-3 | J | none | Partial sale |
| 326. Getty Images | none | | | | sell | 5-4 | J | none | Partial sale |
| 327. Gilead Sciences | none | | K | T | buy | 4-12 | J | | |
| 328. Gilead Sciences | | | | | buy | 7-31 | J | | |
| 329. Gilead Sciences | | | | | buy | 9-20 | J | | |
| 330. Halliburton | A | Dividend | K | T | buy | 2-22 | J | | |
| 331. Halliburton | | | | | sell | 5-24 | J | none | Partial sale |
| 332. Halliburton | | | | | buy | 9-20 | J | | |
| 333. Legg Mason | A | Dividend | K | T | buy | 2-23 | J | | |
| 334. Legg Mason | | | | | sell | 10-24 | J | none | Partial sale |
| 335. Legg Mason | | | | | buy | 11-29 | J | | |
| 336. Marvell Technology | none | | | | sell | 4-25 | J | B | Partial sale |
| 337. Marvell Technology | | | | | sell | 5-26 | J | A | Partial sale |
| 338. Marvell Technology | | | | | sell | 6-30 | J | none | |
| 339. Navteg | none | | | | sell | 1-19 | J | none | |
| 340. Network Appliance | none | | J | T | buy | 9-20 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Northern Trust | A | Dividend | J | T | buy | 7-28 | J | | |
| 342. Northern Trust | | | | | sell | 11-17 | J | A | Partial sale |
| 343. Northern Trust | | | | | sell | 12-8 | J | A | Partial sale |
| 344. Schlumberger | A | Dividend | J | T | | | | | |
| 345. Texas Instruments | none | | | | sell | 1-26 | J | none | |
| 346. UBS | A | Dividend | K | T | buy | 6-22 | J | | |
| 347. UBS | | | | | buy | 8-24 | J | | |
| 348. UBS | | | | | buy | 9-20 | J | | |
| 349. UBS | | | | | sell | 12-8 | J | A | Partial sale |
| 350. United Health Group | A | Dividend | J | T | sell | 7-11 | J | C | Partial sale |
| 351. Wellpoint | none | | K | T | buy | 1-20 | J | | |
| 352. Wellpoint | | | | | buy | 5-26 | J | | |
| 353. Wellpoint | | | | | buy | 6-26 | J | | |
| 354. Whole Foods Market | A | Dividend | | | sell | 11-3 | J | none | |
| 355. Hilton Hotels | A | Dividend | J | T | buy | 5-10 | J | | |
| 356. Hilton Hotels | | | | | buy | 9-20 | J | | |
| 357. Yahoo | none | | J | T | sell | 2-16 | J | none | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Yahoo | | | | | buy | 7-6 | J | | |
| 359. Yahoo | | | | | buy | 7-18 | J | | |
| 360. Yahoo | | | | | buy | 8-9 | J | | |
| 361. Yahoo | | | | | buy | 9-20 | J | | |
| 362. Yahoo | | | | | sell | 10-24 | J | none | Partial sale |
| 363. Yahoo | | | | | | 11-3 | J | A | Partial sale |
| 364. Yahoo | | | | | | 12-7 | J | A | Partial sale |
| 365. Yahoo | | | | | | 12-13 | J | A | Partial sale |
| 366. ADC Telecommunications | none | | | | sell | 10-18 | J | none | |
| 367. Norfolk Southern | A | Dividend | J | T | sell | 1-11 | J | D | Partial sale |
| 368. Time Warner | A | Dividend | K | T | buy | 9-22 | J | | |
| 369. Time Warner | | | | | buy | 11-2 | J | | |
| 370. Time Warner | | | | | buy | 11-13 | J | | |
| 371. Wal-mart | none | | | | buy | 11-8 | J | | |
| 372. Wal-mart | | | | | sell | 12-20 | J | none | |
| 373. Wm. Wrigley Jr. | A | Dividend | J | T | sell | 6-22 | J | none | |
| 374. Wm. Wrigley Jr. | | | | | buy | 11-9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Emerson Electric | A | Dividend | J | T | buy | 9-20 | J | | |
| 376. Emerson Electric | | | | | sell | 12-13 | J | A | Partial sale |
| 377. Cisco Systems | none | | K | T | buy | 3-15 | J | | |
| 378. Cisco Systems | | | | | buy | 9-14 | J | | |
| 379. Cisco Systems | | | | | buy | 9-20 | J | | |
| 380. Cisco Systems | | | | | buy | 11-8 | J | | |
| 381. General Electric | B | Dividend | K | T | sell | 3-7 | J | B | Partial sale |
| 382. General Electric | | | | | sell | 4-17 | J | B | Partial sale |
| 383. General Electric | | | | | buy | 8-10 | J | | |
| 384. General Electric | | | | | buy | 10-26 | J | | |
| 385. St. Paul Travelers | A | Dividend | J | T | | | | | |
| 386. AmerisourceBergen | A | Dividend | J | T | buy | 11-2 | J | | |
| 387. AmerisourceBergen | | | | | buy | 11-13 | J | | |
| 388. AT &T | A | Dividend | J | T | buy | 3-24 | J | | |
| 389. Allegheny Energy | none | | J | T | buy | 6-29 | J | | |
| 390. Bell South | A | Dividend | J | T | buy | 1-20 | J | | |
| 391. Black & Decker | A | Dividend | J | T | buy | 10-6 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. CBS | A | Dividend | K | T | buy | 2-24 | J | | |
| 393. CBS | | | | | buy | 5-2 | J | | |
| 394. CBS | | | | | buy | 6-28 | J | | |
| 395. Coca Cola | A | Dividend | J | T | buy | 1-9 | J | | |
| 396. Comcast | none | | K | T | buy | 5-26 | J | | |
| 397. Comcast | | | | | buy | 6-13 | J | | |
| 398. Comcast | | | | | buy | 11-2 | J | | |
| 399. Comcast | | | | | buy | 11-29 | J | | |
| 400. Comcast | | | | | buy | 12-11 | J | | |
| 401. Crown Castle Intl. | none | | J | T | buy | 2-13 | J | | |
| 402. Daimler Chrysler | A | Dividend | J | T | buy | 6-12 | J | | |
| 403. Daimler Chrysler | | | | | buy | 8-22 | J | | |
| 404. IBM | A | Dividend | J | T | buy | 8-22 | J | | |
| 405. Kroger | A | Dividend | J | T | buy | 1-19 | J | | |
| 406. Mittal Steel | A | Dividend | J | T | buy | 11-3 | J | | |
| 407. Mittal Steel | | | | | buy | 11-16 | J | | |
| 408. Mittal Steel | | | | | buy | 12-6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Nokia | A | Dividend | J | T | buy | 3-3 | J | | |
| 410. Northrop Grumman | A | Dividend | J | T | buy | 1-12 | J | | |
| 411. Owens Illinois | none | | J | T | buy | 2-2 | J | | |
| 412. Pfizer | A | Dividend | K | T | buy | 4-24 | J | | |
| 413. Pfizer | | | | | buy | 4-24 | J | | |
| 414. Pfizer | | | | | buy | 5-1 | J | | |
| 415. Pfizer | | | | | buy | 5-25 | J | | |
| 416. Pfizer | | | | | buy | 7-10 | J | | |
| 417. Pfizer | | | | | buy | 11-2 | J | | |
| 418. Sara Lee | A | Dividend | J | T | buy | 10-20 | J | | |
| 419. SPX Corp. | A | Dividend | J | T | buy | 8-4 | J | | |
| 420. Toyota | A | Dividend | J | T | buy | 1-24 | J | | |
| 421. Toyota | | | | | buy | 5-11 | J | | |
| 422. Toyota | | | | | buy | 1-21 | J | | |
| 423. Verizon | none | | J | T | buy | 11-22 | J | | |
| 424. Advanced Micro Devices | none | | J | T | buy | 2-16 | J | | |
| 425. Advanced Micro Devices | | | | | buy | 4-12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Advanced Micro Devices | | | | | sell | 10-24 | J | none | |
| 427. Advanced Micro Devices | | | | | buy | 11-19 | J | | |
| 428. America Movil | A | Dividend | J | T | buy | 1-19 | J | | |
| 429. America Movil | | | | | buy | 9-20 | J | | |
| 430. Baker Hughes | A | Dividend | J | T | buy | 4-12 | J | | |
| 431. Charles Schwab | none | | J | T | buy | 11-2 | J | | |
| 432. Chicago Mercantile Exchange | none | | J | T | buy | 9-14 | J | | |
| 433. Chicago Mercantile Exchange | | | | | buy | 9-14 | J | | |
| 434. Credit Suisse | none | | J | T | buy | 10-26 | J | | |
| 435. Credit Suisse | | | | | buy | 11-9 | J | | |
| 436. Credit Suisse | | | | | buy | 12-14 | J | | |
| 437. Fluor | none | | | | buy | 12-22 | J | | |
| 438. Akami Technologies | none | | | | buy | 12-6 | J | | |
| 439. Fortune Brands | none | | | | buy | 11-17 | J | | |
| 440. Kohls | none | | J | T | buy | 9-14 | J | | |
| 441. Kohls | | | | | buy | 9-20 | J | | |
| 442. Kohls | | | | | buy | 10-6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Kohls | | | | | buy | 11-8 | J | | |
| 444. Las Vegas Sands Corp. | none | | J | T | buy | 3-31 | J | | |
| 445. Lazard | | | J | T | buy | 12-22 | J | | |
| 446. Monsanto | none | | K | T | buy | 4-17 | J | | |
| 447. Monsanto | | | | | buy | 6-26 | J | | |
| 448. Monsanto | | | | | buy | 7-13 | J | | |
| 449. Monsanto | | | | | buy | 8-24 | J | | |
| 450. Monsanto | | | | | buy | 9-20 | J | | |
| 451. Nvidia | none | | | | buy | 3-31 | J | | |
| 452. Nvidia | | | | | buy | 10-6 | J | | |
| 453. NYSE Group | none | | J | T | buy | 6-15 | J | | |
| 454. NYSE Group | | | | | buy | 9-20 | J | | |
| 455. Orade Systems | none | | J | T | buy | 10-26 | J | | |
| 456. Rockwell Collins | none | | J | T | buy | 4-25 | J | | |
| 457. National City | A | Dividend | J | T | | | | | See Part VIII |
| 458. Starwood Hotels | none | | J | T | buy | 5-26 | J | | |
| 459. Starwood Hotels | | | | | sell | 8-26 | J | none | Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Starwood Hotels | | | | | buy | 9-27 | J | | |
| 461. Nasdaq | none | | | | buy | 6-15 | J | | |
| 462. Nasdaq | | | | | sell | 9-14 | J | none | |
| 463. Entergy | A | Dividend | | | buy | 1-19 | J | | |
| 464. Entergy | | | | | sell | 5-24 | J | none | Partial sale |
| 465. Entergy | | | | | sell | 6-22 | J | none | |
| 466. Textron | A | Dividend | | | buy | 5-10 | J | | |
| 467. Textron | | | | | sell | 11-2 | J | none | |
| 468. United Technologies | A | Dividend | J | T | buy | 5-26 | J | | |
| 469. KLA Instruments | | none | | | buy | 3-31 | J | | |
| 470. KLA Instruments | | | | | sell | 5-4 | J | A | |
| 471. Motorola | none | | | | buy | 10-6 | J | | |
| 472. Motorola | | | | | sell | 11-13 | J | | |
| 473. MBLA | none | | | | buy | 12-28 | J | | |
| 474. Lehman Bros. | A | Dividend | | | sell | 5-24 | J | B | |
| 475. American Electric Power | A | Dividend | J | T | sell | 6-22 | J | A | Partial sale; see Part VII |
| 476. American Electric Power | | | | | sell | 8-3 | J | A | Partial sale |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes        P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)            Q =Appraisal               V =Other                  S =Assessment
                             U =Book Value                                        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Embarg | A | Dividend | | | sell | 10-11 | J | A | Partial sale; see Part VII |
| 478. Cash balance at Charles Schwab | A | Interest | J | T | | | | | |
| 479. Anheuser Busch | A | Dividend | J | T | buy | 9-6 | | | |
| 480. Auto Data Processing | A | Dividend | J | T | buy | 7-26 | | | |
| 481. Avon | A | Dividend | J | T | buy | 7-31 | | | |
| 482. Cintas | A | Dividend | J | T | buy | 7-26 | | | |
| 483. Federated Investors | A | Dividend | J | T | buy | 7-28 | | | |
| 484. Fidelity Natinal Financial | A | Dividend | J | T | buy | 10-27 | | | |
| 485. Fifth Third Bancorp | A | Dividend | J | T | buy | 7-27 | | | |
| 486. Intl. Game Technology | A | Dividend | J | T | buy | 8-7 | | | |
| 487. Johnson & Johnson | A | Dividend | J | T | buy | 8-29 | | | |
| 488. Medtronic | A | Dividend | J | T | buy | 8-3 | | | |
| 489. Strayer Education | A | Dividend | J | T | buy | 10-18 | | | |
| 490. Sysco | A | Dividend | J | T | buy | 7-26 | | | |
| 491. United Parcel Service | A | Dividend | J | T | buy | 7-26 | | | |
| 492. Wal-Mart Stores | A | Dividend | J | T | buy | 7-26 | | | |
| 493. Croster Energy LP | A | Distribution | J | T | buy | 10-26 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VII. INVESTMENTS and TRUSTS  *-- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  ishares Canada Index Fund | none | | J | T | buy | 9-22 | | | |
| 495.  ishares EAFE Index Fund | A | Dividend | J | T | buy | 10-27 | | | |
| 496.  Vanguard Emerging Markets Fund | none | | J | U | buy | 10-23 | | | |
| 497.  Vanguard Small Cap Value Fund | none | | J | U | buy | 10-18 | | | |
| 498.  Vanguard Utilities Fund | A | Dividend | J | U | buy | 9-15 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/12/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, p. 5, l. 34--Mistakenly reported last year as "B & F Foods."

Part VII, p. 6, l. 41--Purchased 10/21/004, value code J. Not previously reported due to inadvertence.

Part VII, p. 6, l. 42--Purchased 1/26/05, value code J. Not previously reported due to inadvertence.

Part VII, p 6, l. 51--Shares of this company were previously purchased on 6/21/05, value code K. That purchase was not reported last year due to inadvertence.

Part VII, p. 8, l. 74--These shares are purchased 10-25-05, value code K. The purchase was not included in last year's report due to inadvertence

Part VII, p. 8, l. 75--Last year's report indicated that this asset was sold. It should have indicated a partial sale.

Part VII, p. 9, l. 87--Last year's report mistakenly listed this asset. In fact is was disposed of on 12-4-03.

Part VII, p. 18, l. 241--Last year's report indicated that this asset was sold. It should have indicated a partial sale.

Part VII, p. 30, l. 457--Last year's report indicated that this asset was sold. It should have indicated a partial sale.

Part VII, p. 31, l. 475--Inadvertently omitted from prior report. Purchased 12-9-99, value code J.

Part VII, p. 32, l. 477--Inadvertently omitted from prior report. Purchased 4-8-03, value code J, and 7-8-03, value code J.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu_____     Date _____June 12, 2007_____

NOTE: ANY INDIVII██████████████AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R | U.S. D. C., EDNY | 05/31/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT, E.D.N.Y. <br> 225 CADMAN PLAZA EAST, 915 S <br> BROOKLYN, NY 11201 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 11 A 10:14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1 - 1/31 | Partner in law firm |
| 2. | 2/1-12/31 | Partner in different law firm |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hudson Valley Bank | Mortgage on investment property in Westchester County, NY | P1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | none | | J | W | | | | | |
| 2. IRA #1 | E | Dividend | O | T | | | | | |
| 3. -Time Warner | | | | | | | | | |
| 4. -Cisco Systems Inc. | | | | | | | | | |
| 5. -Dreyfus Liquid Assets | | | | | | | | | |
| 6. -Ericsson | | | | | | | | | |
| 7. -General Electric | | | | | | | | | |
| 8. -American Express | | | | | | | | | |
| 9. -Citigroup | | | | | | | | | |
| 10. -Comcast | | | | | | | | | |
| 11. -Intel | | | | | buy | 1-20 | J | | |
| 12. -Microsoft | | | | | | | | | |
| 13. -Semitool | | | | | sell | 5-9 | J | none | |
| 14. -Wal-Mart | | | | | sell | 6-2 | J | none | |
| 15. -John Hancock Bank Fund | | | | | | | | | |
| 16. -Viacom | | | | | | | | | |
| 17. -CBC Corp | | | | | exchange | 1-4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -CBS Corp. | | | | | sell | 5-9 | J | *none* | |
| 19.   -Encana Corp. | | | | | | | | | |
| 20.   -Enterprise Prods Partners | | | | | | | | | |
| 21.   -G Tech Holdings | | | | | sell | 6-16 | J | B | |
| 22.   -Managed High Yield Plus Fund | | | | | | | | | |
| 23.   -Provident Energy Trust | | | | | sell | 5-3 | J | B | partial sale |
| 24.   -Putnam Premier Income Trust | | | | | | | | | |
| 25.   -WMS Industries | | | | | sell | 5-9 | J | B | |
| 26.   -Enerplus Resources | | | | | | | | | |
| 27.   -Forest Laboratories | | | | | sell | 5-8 | J | *none* | |
| 28.   -Depomed Inc. | | | | | | | | | |
| 29.   -ishares Nasdaq Biotechnology Fund | | | | | sell | 12-26 | J | *none* | |
| 30.   -Seaspan Corp. | | | | | | | | | |
| 31.   -Genesis Energy | | | | | sell | 8-3 | J | C | |
| 32.   -Allied Waste Industries | | | | | sell | 5-23 | J | B | |
| 33.   -Capital Source Inc. | | | | | sell | 4-25 | K | B | |
| 34.   -B&G Foods | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -International Bancshares | | | | | | | | | |
| 36. -Black Rock Global Energy & Resources Trust | | | | | | | | | |
| 37. -Sun Healthcare Group | | | | | | | | | |
| 38. -Kayne Anderson MLP Invt. Co. | | | | | | | | | |
| 39. -Anglo American PLC | | | | | sell | 3-7 | K | B | |
| 40. -Coca-Cola | | | | | sell | 4-11 | J | A | |
| 41. -McData Corp. | | | | | sell | 4-25 | J | none | See Part VIII |
| 42. -Medtronic Inc. | | | | | sell | 3-17 | J | A | See Part VIII |
| 43. -Mitsubishi UFJ Financial Group | | | | | buy | 3-9 | J | | |
| 44. -Mitsubishi UFJ Financial Group | | | | | sell | 11-13 | J | none | |
| 45. -Archer-Daniels Midland Co. | | | | | buy | 1-12 | K | | |
| 46. -Archer-Daniels-Midland Co. | | | | | sell | 5-3 | J | B | partial sale |
| 47. -Archer-Daniels-Midland Co. | | | | | sell | 9-5 | K | D | |
| 48. -Pentair Inc. | | | | | buy | 1-25 | J | | |
| 49. -Pentair Inc. | | | | | sell | 7-3 | J | none | |
| 50. -China Fund | | | | | buy | 4-11 | K | | |
| 51. -Yahoo Inc. | | | | | buy | 3-1 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Yahoo Inc. | | | | | buy | 9-19 | J | | |
| 53.   --Hershey Company | | | | | buy | 5-8 | K | | |
| 54.   -Nabors Industries | | | | | buy | 2-22 | K | | |
| 55.   -Nabors Industries | | | | | buy | 12-13 | J | | |
| 56.   -BHP Billiton Ltd. | | | | | buy | 1-10 | K | | |
| 57.   -Boardwalk Pipeline Partners | | | | | buy | 6-16 | J | | |
| 58.   -Broadcam Corp. | | | | | buy | 1-10 | J | | |
| 59.   -Deerfield Triarc Capital Corp. | | | | | buy | 10-31 | J | | |
| 60.   -General Motors Corp. | | | | | buy | 4-5 | J | | |
| 61.   -Healthspring Inc. | | | | | buy | 10-6 | J | | |
| 62.   -Federated Department Stores | | | | | buy | 4-7 | K | | |
| 63.   -L-1 Identity Solutions Inc. | | | | | buy | 1-13 | J | | |
| 64.   -L-1 Identity Solutions Inc. | | | | | buy | 6-16 | J | | |
| 65.   -Procter & Gamble Co. | | | | | buy | 4-25 | K | | |
| 66.   -Procter & Gamble Co. | | | | | buy | 8-10 | J | | |
| 67.   -New York Community Bancorp | | | | | buy | 4-26 | K | | |
| 68.   -Rait Financial Trust | | | | | buy | 6-21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.   -Schering Plough Corp. | | | | | buy | 1-27 | K | | |
| 70.   -Schering Plough Corp. | | | | | buy | 2-6 | J | | |
| 71.   -Schering Plough Corp. | | | | | sell | 5-3 | J | *none* | Partial Sale |
| 72.   -RMR Real Estate Fund | | | | | buy | 10-17 | K | | |
| 73.   -Eaton Vance Limited Duration Income Fund | | | | | buy | 4-25 | J | | |
| 74.   -Genentech | | | | | sell | 1-9 | K | B | See Part VIII |
| 75.   -Emeritus Corp. | | | | | sell | 3-23 | K | D | See Part VIII |
| 76.   -IRA # 2 | A | *div. and int.* | K | T | | | | | |
| 77.   -Saving Acct. at Citibank | | | | | | | | | |
| 78.   -Kaiser Group Int'l | | | | | | | | | |
| 79.   -Provident Energy Trust | | | | | | | | | |
| 80.   -John Hancock Bank Fund | | | | | | | | | |
| 81.   -Tennesee Valley Authority Strips | | | | | | | | | |
| 82.   Trust # 2 | A | Dividend | K | U | | | | | |
| 83.   -Dodge Cox Stock Fund | | | | | | | | | |
| 84.   Trust # 3 | | | | | | | | | |
| 85.   -T.Rowe Price Short-Term Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 87. -T.Rowe Price Value Fund | | | | | redeem | 12-4-03 | M | D | See Part VIII |
| 88. -T. Rowe Price Developing Technologies Fund | | | | | | | | | - |
| 89. -T. Rowe Price Capital Opportunity Fund | | | | | | | | | |
| 90. Citibank Accouonts | | | | | | | L | | |
| 91. BNP Paribas DJ Stoxx 50 Structured Note | | | N | T | buy | 7-7 | M | none | |
| 92. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | K | U | redeem | 1-4 | M | | Partial redemption |
| 93. Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 2-8 | O | | |
| 94. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 4-10 | L | none | Partial redemption |
| 95. Vanguard Limited-Term Tax-Exempt Fund | | | | | buy | 9-7 | K | | |
| 96. Vanguard Limited-Term Tax-Exepmt Fund | | | | | buy | 9-20 | K | | |
| 97. Vanguard Limited-Term Tax-Exempt Fund | | | | | redeem | 9-22 | N | none | Partial redemption |
| 98. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 99. Vanguard Tax-Exempt Money Market Fund | | | K | U | buy | 1-4 | M | | |
| 100. Vanguard Tax-Exepmt Money Market Fund | | | | | redeem | 2-8 | O | none | Partial redemption |
| 101. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 2-27 2-23 | L | none | Partial redemption |
| 102. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 3-6 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 4-10 | M | none | Partial redemption |
| 104. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 4-18 | M | | |
| 105. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 6-22 | K | none | Partial redemption |
| 106. Vanguard Tax-Exempt Money Market Fund | | | | | sell | 7-7 | L | none | |
| 107. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 8-3 | M | | |
| 108. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 9-22 | N | | |
| 109. Vanguard Tax-Exempt Money Market Fund | | | | | sell | 9-26 | N | none | |
| 110. Vanguard Tax-Exempt Money Market Fund | | | | | buy | 10-5 | K | | |
| 111. Smith Barney Municipal NY Money Market Fund | A | Dividend | J | U | redeem | 1-20 | J | none | Partial redemption |
| 112. Smith Barney Municipal NY Money Market Fund | | | | | buy | 1-23 | K | | |
| 113. Smith Barney Muncipal NY Money Market Fund | | | | | redeem | 4-21 | J | none | Partial redemption |
| 114. Smith Barney Municipal NY Money Market Fund | | | | | redeem | 7-21 | J | none | Partial redemption |
| 115. Smith Barney Municipal NY Money Market Fund | | | | | redeem | 10-20 | J | none | Partial redemption |
| 116. T. Rowe Price Uniform Gift to Minor Account | D | Dividend | M | U | | | | | |
| 117. -T. Rowe Price Growth Stock Fund | | | | | redeem | 3-28 | J | A | Partial redemption |
| 118. _T. Rowe Price International Discovery Fund | | | | | | | | | |
| 119. -T. Rowe Price Japan Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -T. Rowe Price Small Cap Fund | | | | | | | | | |
| 121. Trust # 3 | A | Dividend | K | U | | | | | |
| 122. -Aggressive Growth Portfolio | | | | | redeem | 7-18 | K | B | Partial redemption |
| 123. -Aggressive Growth Portfolio | | | | | redeem | 11-8 | K | B | Partial redemption |
| 124. Trust # 4 | B | Dividend | K | U | | | | | |
| 125. Goldman Sach High Yield Fund | | | | | buy | 3-7 | K | | |
| 126. Bernstein Global Diversified Strategies L.P. | C | Dividend | O | T | buy | 9-29 | N | | |
| 127. Bernstein Global Diversified Strategies L.P. | C | Interest | | | | | | | |
| 128. Bernstein New York Municipal Portfolio | D | Dividend | N | U | buy | 1-20 | J | | |
| 129. Bernstein New York Municipal Portfolio | | | | | buy | 9-20 | K | | |
| 130. BP PLC | A | Dividend | K | T | sell | 4-21 | J | C | Partial sale |
| 131. BP PLC | | | | | buy | 11-22 | J | C | |
| 132. Bernstein Tax-Managed International Portfolio | D | Dividend | O | U | buy | 1-20 | K | | |
| 133. Bernstein Tax-Managed International Portfolio | | | | | buy | 9-20 | J | | |
| 134. Bernstein Tax-Managed International Portfolio | | | | | buy | 12-12 | L | | |
| 135. Supervalu | A | Dividend | | | sell | 1-5 | J | B | Partial sale |
| 136. Supervalu | | | | | sell | 1-18 | J | B | Partial sale |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Supervalu | | | | | sell | 7-26 | J | B | |
| 138. Altria Group | A | Dividend | K | T | buy | 6-26 | J | | |
| 139. Altria Group | | | | | buy | 10-10 | J | | |
| 140. Cash Balance at Sanford C. Bernstein & co | B | Interest | K | T | | | | | |
| 141. General American Investors | A | Dividend | J | T | | | | | |
| 142. Arrow Electronics | none | | | | sell | 3-1 | J | B | Partial sale |
| 143. Arrow Electronics | | | | | sell | 3-13 | J | B | |
| 144. Tech Data Corp. | none | | J | T | | | | | |
| 145. Hewlett Packard | A | Dividend | J | T | sell | 3-13 | J | B | Partial sale |
| 146. Hewlett Packard | | | | | sell | 7-24 | J | B | Partial sale |
| 147. Hewlett Packard | | | | | sell | 8-18 | J | B | Partial sale |
| 148. Hewlett Packard | | | | | buy | 10-6 | J | | |
| 149. Wachovia | A | Dividend | J | T | sell | 6-19 | J | A | Partial sale |
| 150. Wachovia | | | | | sell | 11-15 | J | C | Partial sale |
| 151. American International Group | A | Dividend | L | T | buy | 1-20 | J | | |
| 152. American International Group | | | | | buy | 5-12 | J | | |
| 153. American International Group | | | | | buy | 9-1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American International Group | | | | | buy | 9-14 | J | | |
| 155. American International Group | | | | | buy | 10-26 | J | | |
| 156. American International Group | | | | | buy | 11-2 | J | | |
| 157. American International Group | | | | | buy | 11-6 | J | | |
| 158. Amgen | none | | | | sell | 5-25 | J | B | Partial sale |
| 159. Amgen | | | | | sell | 6-13 | J | A | Partial sale |
| 160. Amgen | | | | | sell | 10-18 | J | B | |
| 161. Citigroup | B | Dividend | K | T | buy | 9-20 | J | | |
| 162. Goldman Sachs | A | Dividend | K | T | sell | 5-23 | J | C | Partial sale |
| 163. Goldman Sachs | | | | | buy | 9-20 | J | | |
| 164. Intel Corp. | A | Dividend | | | sell | 6-9 | J | none | |
| 165. Burlington Northern Santa Fe | A | Dividend | | | sell | 1-3 | J | D | |
| 166. Lowes | A | Dividend | | | sell | 8-3 | J | B | Partial sale |
| 167. Lowes | | | | | sell | 9-6 | J | A | Partial sale |
| 168. Lowes | | | | | sell | 10-2 | J | B | Partial sale |
| 169. Lowes | | | | | sell | 11-2 | J | A | |
| 170. Microsoft | A | Dividend | L | T | buy | 2-16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Microsoft | | | | | buy | 4-12 | J | | |
| 172. Microsoft | | | | | sell | 5-24 | J | *none* | Partial sale |
| 173. Microsoft | | | | | sell | 6-22 | J | *none* | Partial sale |
| 174. Procter & Gamble | A | Dividend | K | T | buy | 1-20 | J | | |
| 175. Procter & Gamble | | | | | buy | 2-22 | J | | |
| 176. Procter & Gamble | | | | | buy | 9-27 | J | | |
| 177. Walgreen | A | Dividend | | | sell | 9-27 | J | A | Partial sale |
| 178. Walgreen | | | | | sell | 10-23 | J | *none* | |
| 179. Cooper Industries | A | Dividend | J | T | sell | 8-3 | J | C | Partial sale |
| 180. Chubb | A | Dividend | J | T | sell | 1-9 | J | B | Partial sale |
| 181. Coming | *none* | | K | T | | | | | |
| 182. Metlife | A | Dividend | J | T | | | | | |
| 183. Tellabs Inc. | *none* | | | | sell | 3-1 | J | B | Partial sale |
| 184. Tellabs Inc. | | | | | sell | 10-27 | J | A | |
| 185. Sprint Nextel | A | Dividend | J | T | buy | 10-9 | J | | |
| 186. Freddie Mac | A | Dividend | K | T | buy | 1-20 | J | | |
| 187. Freddie Mac | | | | | buy | 5-26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Freddie Mac | | | | | buy | 7-5 | | | |
| 189. Fannie Mae | A | Dividend | K | T | | | | | |
| 190. Ebay | none | | | | sell | 5-24 | J | none | Partial sale |
| 191. Ebay | | | | | sell | 7-12 | J | none | Partial sale |
| 192. Ebay | | | | | sell | 8-22 | J | none | |
| 193. CSX | A | Dividend | J | T | buy | 5-10 | J | | |
| 194. CSX | | | | | sell | 7-26 | J | B | Partial sale |
| 195. CSX | | | | | sell | 8-22 | J | none | Partial sale |
| 196. CSX | | | | | sell | 9-12 | J | B | Partial sale |
| 197. Flextronics | none | | J | T | | | | | |
| 198. Magna International | A | Dividend | | | sell | 5-24 | J | none | |
| 199. Partnerre Ltd. | A | Dividend | J | T | | | | | |
| 200. Pepsico | A | Dividend | J | T | | | | | |
| 201. Safeway | A | Dividend | J | T | | | | | |
| 202. Boeing | A | Dividend | L | T | buy | 1-20 | J | | |
| 203. Boeing | | | | | buy | 2-22 | J | | |
| 204. Boeing | | | | | buy | 6-26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Boeing | | | | | buy | 8-24 | J | | |
| 206. Boeing | | | | | buy | 9-20 | J | | |
| 207. Boeing | | | | | buy | 9-29 | J | | |
| 208. Boeing | | | | | buy | 10-6 | J | | |
| 209. Electronic Arts | none | | | | sell | 1-19 | J | B | Partial sale |
| 210. Electronic Arts | | | | | sell | 4-7 | J | B | |
| 211. Borg Warner | A | Dividend | J | T | | | | | |
| 212. Chevron Corp. | A | Dividend | K | T | buy | 7-12 | J | | Formerly Chevron Texaco |
| 213. Chevron Corp. | | | | | buy | 7-26 | J | | |
| 214. Chevron Corp. | | | | | buy | 8-2 | J | | |
| 215. Jones Apparel | A | Dividend | | | sell | 10-24 | J | none | |
| 216. J.P. Morgan Chase | A | Dividend | K | T | buy | 1-19 | J | | |
| 217. J.P. Morgan Chase | | | | | buy | 4-7 | J | | |
| 218. J.P. Morgan Chase | | | | | buy | 5-26 | J | | |
| 219. J.P. Morgan Chase | | | | | buy | 9-20 | K | | |
| 220. Martin Marietta Materials | none | | | | . sell | 1-4 | J | B | |
| 221. McDonalds | A | Dividend | K | T | buy | 2-16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. McDonalds | | | | | buy | 7-31 | J | | |
| 223. McDonalds | | | | | buy | 9-20 | J | | |
| 224. McDonalds | | | | | buy | 11-2 | J | | |
| 225. Medeco Health Solutions | none | | | | buy | 2-22 | J | | |
| 226. Medeco Health Solutions | | | | | sell | 4-3 | J | C | Partial sale |
| 227. Medeco Health Solutions | | | | | buy | 9-20 | J | | |
| 228. Medeco Health Solutions | | | | | sell | 12-11 | J | none | |
| 229. Merck | A | Dividend | J | T | buy | 1-11 | J | | |
| 230. Merck | | | | | sell | 5-9 | J | A | Partial sale |
| 231. Merrill Lynch | A | Dividend | K | T | buy | 5-15 | J | | |
| 232. Merrill Lynch | | | | | buy | 8-24 | J | | |
| 233. Merrill Lynch | | | | | buy | 9-20 | J | | |
| 234. Merrill Lynch | | | | | buy | 11-8 | J | | |
| 235. Noble Corp. | A | Dividend | | | sell | 7-25 | J | B | |
| 236. Solectron | none | | J | T | | | | | |
| 237. Target | A | Dividend | K | T | sell | 8-22 | J | none | Partial sale |
| 238. Unilever | none | | | | sell | 5-11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. SunTrust Banks | A | Dividend | J | T | | | | | See Part VIII |
| 240. XL Capital | A | Dividend | J | T | | | | | |
| 241. Alcon | A | Dividend | K | T | buy | 5-24 | J | | |
| 242. Alcon | | | | | buy | 7-26 | J | | |
| 243. Alcon | | | | | buy | 9-27 | J | | |
| 244. Broadcom | none | | K | T | buy | 1-20 | J | | |
| 245. Caremark RX | A | Dividend | | | buy | 6-16 | J | | |
| 246. Caremark RX | | | | | buy | 7-18 | J | | |
| 247. Caremark RX | | | | | buy | 9-20 | J | | |
| 248. Caremark RX | | | | | sell | 11-7 | J | none | Partial sale |
| 249. Caremark RX | | | | | sell | 11-16 | J | B | Partial sale |
| 250. Caremark RX | | | | | sell | 11-27 | J | B | |
| 251. Carnival Corp. | none | | | | sell | 2-15 | J | none | |
| 252. E.W. Scripps | A | Dividend | | | sell | 3-31 | J | None | |
| 253. Google | none | | K | T | sell | 1-9 | J | D | Partial sale |
| 254. Google | | | | | buy | 2-16 | J | | |
| 255. Goggle | | | | | sell | 3-29 | J | B | Partial sale |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Goggle | | | | | sell | 4-3 | J | B | Partial sale |
| 257. Goggle | | | | | buy | 8-9 | J | | |
| 258. Goggle | | | | | buy | 9-25 | J | | |
| 259. Goggle | | | | | sell | 10-27 | J | B | Partial sale |
| 260. Nabors Industries | none | | | | sell | 5-24 | J | B | Partial sale |
| 261. Nabors Industries | | | | | sell | 10-20 | J | A | Partial sale |
| 262. Nabors Industries | | | | | sell | 11-13 | J | B | |
| 263. Qualcomm | A | Dividend | K | T | sell | 3-31 | J | A | Partial sale |
| 264. Qualcomm | | | | | sell | 5-24 | J | A | Partial sale |
| 265. Qualcomm | | | | | buy | 8-9 | J | | |
| 266. Qualcomm | | | | | buy | 9-20 | J | | |
| 267. Qualcomm | | | | | sell | 11-22 | J | none | Partial sale |
| 268. Qualcomm | | | | | sell | 12-28 | J | none | Partial sale |
| 269. St. Jude Medical | none | | | | sell | 4-5 | J | none | |
| 270. Starbucks | none | | | | sell | 6-22 | J | B | |
| 271. Teva Pharmaceutical | A | Dividend | J | T | buy | 1-20 | J | | |
| 272. Teva Pharmaceutical | | | | | buy | 9-27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Teva Pharmaceutical | | | | | sell | 11-22 | J | none | Partial sale |
| 274. Teva Pharmaceutical | | | | | sell | 11-22 | J | none | Partial sale |
| 275. Clorox | A | Dividend | J | T | sell | 9-27 | J | A | Partial sale |
| 276. Clorox | | | | | sell | 10-6 | J | A | Partial sale |
| 277. Bank of America | B | Dividend | K | T | buy | 9-20 | J | | |
| 278. Juniper Networks | none | | | | sell | 9-8 | J | none | Partial sale |
| 279. Juniper Networks | | | | | sell | 10-18 | J | | |
| 280. Conoco Phillips | A | Dividend | K | T | sell | 1-19 | J | C | |
| 281. Conoco Phillips | | | | | buy | 11-16 | J | | |
| 282. Conoco Phillips | | | | | buy | 12-8 | J | | |
| 283. Dunham Road LLC | none | | L | W | | | | | |
| 284. Eli Lilly | A | Dividend | | | buy | 3-3 | J | | |
| 285. Eli Lilly | | | | | sell | 10-6 | J | A | Partial sale |
| 286. Eli Lilly | | | | | buy | 11-29 | J | | |
| 287. Eli Lilly | | | | | sell | 12-22 | J | none | |
| 288. Exxon Mobil | A | Dividend | K | T | buy | 1-19 | J | | |
| 289. Exxon Mobil | | | | | buy | 2-21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Exxon Mobil | | | | | sell | 9-15 | J | A | Partial sale |
| 291. Exxon Mobil | | | | | sell | 12-6 | J | A | Partial sale |
| 292. Ensco International | A | Dividend | | | sell | 11-8 | J | B | Partial sale |
| 293. Ensco International | | | | | sell | 11-9 | J | A | |
| 294. Global Santa Fe | A | Dividend | J | T | buy | 2-16 | J | | |
| 295. Global Santa Fe | | | | | buy | 8-24 | J | | |
| 296. Global Santa Fe | | | | | sell | 11-14 | J | B | Partial sale |
| 297. HCA | A | Dividend | | | sell | 7-5 | J | A | |
| 298. Hubbell | A | Dividend | | | sell | 6-26 | J | *none* | |
| 299. Interpublic | *none* | | J | T | | | | | |
| 300. Bernstein Emerging Markets Portfolio | B | Dividend | M | U | buy | 12-12 | K | | |
| 301. Occidental | A | Dividend | | | sell | 1-20 | J | | |
| 302. Hartford Financial Services | A | Dividend | J | T | | | | | |
| 303. Genworth Financial | A | Dividend | J | T | buy | 9-5 | J | D | |
| 304. Office Depot | *none* | | J | T | sell | 10-4 | J | A | Partial sale |
| 305. Renaissance Holdings | A | Dividend | J | T | | | | | |
| 306. Sanmina-SCI | *none* | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Vulcan Materials | none | | | | sell | 2-16 | J | B | |
| 308. Wisconsin Energy | A | Dividend | J | T | | | | | |
| 309. Ace Ltd. | A | Dividend | | | sell | 6-20 | J | none | |
| 310. Aflac | A | Dividend | | | sell | 7-25 | J | A | |
| 311. Apple Computer | none | | K | T | sell | 2-16 | J | D | Partial sale |
| 312. Apple Computer | | | | | buy | 4-12 | J | | |
| 313. Apple Computer | | | | | buy | 5-26 | J | | |
| 314. Apple Computer | | | | | buy | 6-26 | J | | |
| 315. Apple Computer | | | | | buy | 9-20 | J | | |
| 316. Apple Computer | | | | | sell | 10-27 | J | C | Partial sale |
| 317. Apple Computer | | | | | sell | 11-30 | J | C | Partial sale |
| 318. Franklin Resources | A | Dividend | K | T | buy | 1-20 | J | | |
| 319. Franklin Resources | | | | | buy | 9-27 | J | | |
| 320. Genentech | none | | K | T | buy | 1-20 | J | | |
| 321. Genentech | | | | | buy | 9-20 | J | | |
| 322. Genentech | | | | | sell | 11-3 | J | none | Partial sale |
| 323. Getty Images | none | | | | sell | 5-4 | J | none | Partial sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Gilead Sciences | none | | K | T | buy | 4-12 | J | | |
| 325. Gilead Sciences | | | | | buy | 7-31 | J | | |
| 326. Gilead Sciences | | | | | buy | 9-20 | J | | |
| 327. Halliburton | A | Dividend | K | T | buy | 2-22 | J | | |
| 328. Halliburton | | | | | sell | 5-24 | J | none | Partial sale |
| 329. Halliburton | | | | | buy | 9-20 | J | | |
| 330. Legg Mason | A | Dividend | K | T | buy | 2-23 | J | | |
| 331. Legg Mason | | | | | sell | 10-24 | J | none | Partial sale |
| 332. Legg Mason | | | | | buy | 11-29 | J | | |
| 333. Marvell Technology | none | | | | sell | 4-25 | J | B | Partial sale |
| 334. Marvell Technology | | | | | sell | 5-26 | J | A | Partial sale |
| 335. Marvell Technology | | | | | sell | 6-30 | J | none | |
| 336. Navteg | none | | | | sell | 1-19 | J | none | |
| 337. Network Appliance | none | | J | T | buy | 9-20 | J | | |
| 338. Northern Trust | A | Dividend | | | sell | 11-17 | J | A | Partial sale |
| 339. Northern Trust | | | | | sell | 12-8 | J | A | |
| 340. Schlumberger | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Texas Instruments | none | | | | sell | 1-26 | J | none | |
| 342. UBS | A | Dividend | K | T | buy | 6-22 | J | | |
| 343. UBS | | | | | buy | 8-24 | J | | |
| 344. UBS | | | | | buy | 9-20 | J | | |
| 345. UBS | | | | | sell | 12-8 | J | A | Partial sale |
| 346. United Health Group | A | Dividend | J | T | sell | 7-11 | J | C | Partial sale |
| 347. Wellpoint | none | | K | T | buy | 1-20 | J | | |
| 348. Wellpoint | | | | | buy | 5-26 | J | | |
| 349. Wellpoint | | | | | buy | 6-26 | J | | |
| 350. Whole Foods Market | A | Dividend | | | sell | 11-3 | J | none | |
| 351. Hilton Hotels | A | Dividend | J | T | buy | 5-10 | J | | |
| 352. Hilton Hotels | | | | | buy | 9-20 | J | | |
| 353. Yahoo | none | | J | T | sell | 2-16 | J | none | Partial sale |
| 354. Yahoo | | | | | buy | 7-6 | J | | |
| 355. Yahoo | | | | | buy | 7-18 | J | | |
| 356. Yahoo | | | | | buy | 8-9 | J | | |
| 357. Yahoo | | | | | buy | 9-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Yahoo | | | | | sell | 10-24 | J | none | Partial sale |
| 359. Yahoo | | | | | | 11-3 | J | A | Partial sale |
| 360. Yahoo | | | | | | 12-7 | J | A | Partial sale |
| 361. Yahoo | | | | | | 12-13 | J | A | Partial sale |
| 362. ADC Telecommunications | none | | | | sell | 10-18 | J | none | |
| 363. Norfolk Southern | A | Dividend | J | T | sell | 1-11 | J | D | Partial sale |
| 364. Time Warner | A | Dividend | K | T | buy | 9-22 | J | | |
| 365. Time Warner | | | | | buy | 11-2 | J | | |
| 366. Time Warner | | | | | buy | 11-13 | J | | |
| 367. Wal-mart | none | | | | buy | 11-8 | J | | |
| 368. Wal-mart | | | | | sell | 12-20 | J | none | |
| 369. Wm. Wrigley Jr. | A | Dividend | J | T | sell | 6-22 | J | none | |
| 370. Wm. Wrigley Jr. | | | | | buy | 11-9 | J | | |
| 371. Emerson Electric | A | Dividend | J | T | buy | 9-20 | J | | |
| 372. Emerson Electric | | | | | sell | 12-13 | J | A | Partial sale |
| 373. Cisco Systems | none | | K | T | buy | 3-15 | J | | |
| 374. Cisco Systems | | | | | buy | 9-14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Cisco Systems | | | | | buy | 9-20 | J | | |
| 376. Cisco Systems | | | | | buy | 11-8 | J | | |
| 377. General Electric | B | Dividend | K | T | sell | 3-7 | J | B | Partial sale |
| 378. General Electric | | | | | sell | 4-17 | J | B | Partial sale |
| 379. General Electric | | | | | buy | 8-10 | J | | |
| 380. General Electric | | | | | buy | 10-26 | J | | |
| 381. St. Paul Travelers | A | Dividend | J | T | | | | | |
| 382. AmerisourceBergen | A | Dividend | J | T | buy | 11-2 | J | | |
| 383. AmerisourceBergen | | | | | buy | 11-13 | J | | |
| 384. AT &T | A | Dividend | J | T | buy | 3-24 | J | | |
| 385. Allegheny Energy | *none* | | J | T | buy | 6-29 | J | | |
| 386. Bell South | A | Dividend | J | T | buy | 1-20 | J | | |
| 387. Black & Decker | A | Dividend | J | T | buy | 10-6 | J | | |
| 388. CBS | A | Dividend | K | T | buy | 2-24 | J | | |
| 389. CBS | | | | | buy | 5-2 | J | | |
| 390. CBS | | | | | buy | 6-28 | J | | |
| 391. Coca Cola | A | Dividend | J | T | buy | 1-9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Comcast | none | | K | T | buy | 5-26 | J | | |
| 393. Comcast | | | | | buy | 6-13 | J | | |
| 394. Comcast | | | | | buy | 11-2 | J | | |
| 395. Comcast | | | | | buy | 11-29 | J | | |
| 396. Comcast | | | | | buy | 12-11 | J | | |
| 397. Crown Castle Intl. | none | | J | T | buy | 2-13 | J | | |
| 398. Daimler Chrysler | A | Dividend | J | T | buy | 6-12 | J | | |
| 399. Daimler Chrysler | | | | | buy | 8-22 | J | | |
| 400. IBM | A | Dividend | J | T | buy | 8-22 | J | | |
| 401. Kroger | A | Dividend | J | T | buy | 1-19 | J | | |
| 402. Mittal Steel | A | Dividend | J | T | buy | 11-3 | J | | |
| 403. Mittal Steel | | | | | buy | 11-16 | J | | |
| 404. Mittal Steel | | | | | buy | 12-6 | J | | |
| 405. Nokia | A | Dividend | J | T | buy | 3-3 | J | | |
| 406. Northrop Grumman | A | Dividend | J | T | buy | 1-12 | J | | |
| 407. Owens Illinois | none | | J | T | buy | 2-2 | J | | |
| 408. Pfizer | A | Dividend | K | T | buy | 4-24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Pfizer | | | | | buy | 4-24 | J | | |
| 410.  Pfizer | | | | | buy | 5-1 | J | | |
| 411.  Pfizer | | | | | buy | 5-25 | J | | |
| 412.  Pfizer | | | | | buy | 7-10 | J | | |
| 413.  Pfizer | | | | | buy | 11-2 | J | | |
| 414.  Sara Lee | A | Dividend | J | T | buy | 10-20 | J | | |
| 415.  SPX Corp. | A | Dividend | J | T | buy | 8-4 | J | | |
| 416.  Toyota | A | Dividend | J | T | buy | 1-24 | J | | |
| 417.  Toyota | | | | | buy | 5-11 | J | | |
| 418.  Toyota | | | | | buy | 1-21 | J | | |
| 419.  Verizon | none | | J | T | buy | 11-22 | J | | |
| 420.  Advanced Micro Devices | none | | J | T | buy | 2-16 | J | | |
| 421.  Advanced Micro Devices | | | | | buy | 4-12 | J | | |
| 422.  Advanced Micro Devices | | | | | sell | 10-24 | J | none | |
| 423.  Advanced Micro Devices | | | | | buy | 11-19 | J | | |
| 424.  America Movil | A | Dividend | J | T | buy | 1-19 | J | | |
| 425.  America Movil | | | | | buy | 9-20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Baker Hughes | A | Dividend | J | T | buy | 4-12 | J | | |
| 427. Charles Schwab | none | | J | T | buy | 11-2 | J | | |
| 428. Chicago Mercantile Exchange | none | | J | T | buy | 9-14 | J | | |
| 429. Chicago Mercantile Exchange | | | | | buy | 9-14 | J | | |
| 430. Credit Suisse | none | | J | T | buy | 10-26 | J | | |
| 431. Credit Suisse | | | | | buy | 11-9 | J | | |
| 432. Credit Suisse | | | | | buy | 12-14 | J | | |
| 433. Fluor | none | | | | buy | 12-22 | J | | |
| 434. Akami Technologies | none | | | | buy | 12-6 | J | | |
| 435. Fortune Brands | none | | | | buy | 11-17 | J | | |
| 436. Kohls | none | | J | T | buy | 9-14 | J | | |
| 437. Kohls | | | | | buy | 9-20 | J | | |
| 438. Kohls | | | | | buy | 10-6 | J | | |
| 439. Kohls | | | | | buy | 11-8 | J | | |
| 440. Las Vegas Sands Corp. | none | | J | T | buy | 3-31 | J | | |
| 441. Lazard | | | J | T | buy | 12-22 | J | | |
| 442. Monsanto | none | | K | T | buy | 4-17 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Monsanto | | | | | buy | 6-26 | J | | |
| 444. Monsanto | | | | | buy | 7-13 | J | | |
| 445. Monsanto | | | | | buy | 8-24 | J | | |
| 446. Monsanto | | | | | buy | 9-20 | J | | |
| 447. Nvidia | none | | | | buy | 3-31 | J | | |
| 448. Nvidia | | | | | buy | 10-6 | J | | |
| 449. NYSE Group | none | | J | T | buy | 6-15 | J | | |
| 450. NYSE Group | | | | | buy | 9-20 | J | | |
| 451. Orade Systems | none | | J | T | buy | 10-26 | J | | |
| 452. Rockwell Collins | none | | J | T | buy | 4-25 | J | | |
| 453. National City | A | Dividend | J | T | | | | | See Part VIII |
| 454. Starwood Hotels | none | | J | T | buy | 5-26 | J | | |
| 455. Starwood Hotels | | | | | sell | 8-26 | J | none | Partial sale |
| 456. Starwood Hotels | | | | | buy | 9-27 | J | | |
| 457. Nasdaq | none | | | | buy | 6-15 | J | | |
| 458. Nasdaq | | | | | sell | 9-14 | J | none | |
| 459. Entergy | A | Dividend | | | buy | 1-19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Entergy | | | | | sell | 5-24 | J | *none* | Partial sale |
| 461. Entergy | | | | | sell | 6-22 | J | *none* | |
| 462. Textron | A | Dividend | | | buy | 5-10 | J | | |
| 463. Textron | | | | | sell | 11-2 | J | *none* | |
| 464. United Technologies | A | Dividend | J | T | buy | 5-26 | J | | |
| 465. KLA Instruments | | *none* | | | buy | 3-31 | J | | |
| 466. KLA Instruments | | | | | sell | 5-4 | J | A | |
| 467. Motorola | *none* | | | | buy | 10-6 | J | | |
| 468. Motorola | | | | | sell | 11-13 | J | *none* | |
| 469. MBLA | *none* | | | | buy | 12-28 | J | | |
| 470. Lehman Bros. | A | Dividend | | | sell | 5-24 | J | B | |
| 471. American Electric Power | A | Dividend | J | T | sell | 6-22 | J | A | Partial sale; see Part VII |
| 472. American Electric Power | | | | | sell | 8-3 | J | A | Partial sale |
| 473. Embarq | A | Dividend | | | sell | 10-11 | J | A | Partial sale; see Part VII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, p. 5, l. 34--Mistakenly reported last year as "B & F Foods."

Part VII, p. 6, l. 41--Purchased 10/21/004, value code J. Not previously reported due to inadvertence.

Part VII, p. 6, l. 42--Purchased 1/26/05, value code J. Not previously reported due to inadvertence.

Part VII, p 6, l. 51--Shares of this company were previously purchased on 6/21/05, value code K. That purchase was not reported last year due to inadvertence.

Part VII, p. 8, l. 74--These shares are purchased 10-25-05, value code K. The purchase was not included in last year's report due to inadvertence

Part VII, p. 8, l. 75--Last year's report indicated that this asset was sold. It should have indicated a partial sale.

Part VII, p. 9, l. 87--Last year's report mistakenly listed this asset. In fact is was disposed of on 12-4-03.

Part VII, p. 18, l. 239--Last year's report indicated that this asset was sold. It should have indicated a partial sale.

Part VII, p. 30, l. 453--Last year's report indicated that this asset was sold. It should have indicated a partial sale.

Part VII, p. 31, l. 471--Inadvertently omitted from prior report. Purchased 12-9-99, value code J.

Part VII, p. 31, l. 473--Inadvertently omitted from prior report. Purchased 4-8-03, value code J, and 7-8-03, value code J.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 05/31/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig                                                      Date  June 1, 2007

NOTE: ANY IND ........................... Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL .......................... § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544